# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. TOSTE,<br><br>     Plaintiff,<br><br>     vs.<br><br>KERMAN UNIFIED SCHOOL<br>DISTRICT, ROGER HALBERG,<br>SHIRLEY ATTEBERRY,<br>NANCY NEWSOME, etc., et al.,<br><br>     Defendants. | Case No.  1:07-cv-00259 AWI NEW (TAG)<br><br>**AMENDED SCHEDULING ORDER**<br><br>Non-Dispositive Motion<br>Hearing Date: 6/16/08, 9:00 a.m.,TAG<br><br>Pretrial Conference<br>Date:       9/26/08, 8:30 a.m., AWI<br><br>Trial Date:    11/4/08, 8:30 a.m., AWI |

On August 7, 2007, the Court conducted a telephonic status conference in this matter. Attorney Elaine Yama appeared on behalf of Plaintiff.  Attorney Jeffrey Olson appeared on behalf of Defendants.

The Scheduling Order in this matter (Doc. 20) is amended as follows:

1.  The October 10, 2008 pretrial conference date is vacated and re-set for September 26, 2008 at 8:30 a.m. before District Judge Ishii.

2.  The November 4, 2008 trial date will commence at 8:30 a.m. before District Judge Ishii.

3.  The face sheet of the Scheduling Order is corrected to reflect that the non-dispositive motion hearing date is June 16, 2008, and the trial date is November 4, 2008 at 8:30 a.m..

IT IS SO ORDERED.

Dated:   **August 7, 2007**                                    **/s/ Theresa A. Goldner**
_____                                                          UNITED STATES MAGISTRATE JUDGE